### BRADLEY *v.* THE STATE.

EVANS, J. 1. "Though the amendment to the motion for a new trial was 'allowed,' it does not appear that the trial judge approved or certified its grounds as true. The assignments of error therein can not be considered." *Sindy* v. *State*, 120 *Ga.* 202.

2. The evidence was sufficient to authorize the verdict; it has met with the approval of the trial judge; and as no error of law is made apparent, the judgment denying a new trial is        *Affirmed. All the Justices concur.*

Submitted October 19,—Decided November 10, 1904.

Indictment for murder. Before Judge Bartlett    Paulding superior court. July 11, 1904.

*C. D. McGregor* and *A. J. Camp*, for plaintiff in error.
*John C. Hart*, attorney-general, and *W. K. Fielder*, solicitor-general, contra.